(April 11, 1955.)

■

RICHARD P. CHARLES, Respondent-Appellant, v. ELLIOTT MURPHY, Appellant-Respondent.— Motion by defendant-appellant-respondent for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Ughetta, JJ. [See 284 App. Div. 987.]

■

JOSEPH FRIEDRICKS, Respondent, v. PEEKSKILL HOMESITES, INC., Appellant, et al., Defendants.— Motion to dismiss appeal granted by default, with $10 costs, and appeal dismissed. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Ughetta, JJ.

■

ARTHUR GRENARD, Appellant, v. WILLIAM LINTZ, Respondent. WILLIAM LINTZ, Plaintiff, v. ARTHUR GRENARD, Defendant. (Consolidated action.) — Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Ughetta, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. [See ante, p. 950.]

■

JOSEPHINE GUBIN et al., Appellants, v. LUMAR REALTY CORP., Respondent.— Motion for reargument denied, without costs. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See ante, p. 897.]

■

In the Matter of FLORINE F. GORMAN, Appellant, against ALLEN J. GOODRICH et al., Constituting the State Tax Commission, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Ughetta, JJ. [See ante, p. 963.]

■

SAMUEL KARP et al., Copartners Doing Business under the Name of KARP BROS. & WASSERSTEIN, Respondents, v. GEORGE ANTELMAN, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Ughetta, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, MacCrate, Murphy and Ughetta, JJ. [See ante, p. 955.]

■

ERNEST KLEIN, Doing Business as U. S. CUTLERY MFG. Co., Respondent, v. EKCO PRODUCTS COMPANY et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Ughetta, JJ. [See ante, p. 908.]